UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CONNER CREEK CENTER LLC,

        Debtor.
_____/

STUART A. GOLD, TRUSTEE,

        Plaintiff,

vs.

DOROTHY E. MCLEMORE TRUST,

and

ANDREW GENE MCLEMORE, SR.,

        Defendants.
_____/

Case No. 23-48356

Chapter 7

Judge Thomas J. Tucker

Adv. No. 24-4367

**ORDER DENYING PLAINTIFF'S CONTEMPT MOTION, WITHOUT PREJUDICE**

      This adversary proceeding is before the Court on a motion filed by the Plaintiff Trustee on April 29, 2025, entitled "Motion for Order Holding Defendants in Contempt of Court for Failure to Comply with the April 22, 2025 Injunction" (Docket # 80, the "Contempt Motion"). Today, the Court has entered an order denying the Defendant Andrew Gene McLemore, Sr.'s two pending motions (Docket # 56, 58), and the Court shortly will enter an order granting the Plaintiff Trustee's motion for summary judgment (Docket # 39). The Court intends for that order to be a final, appealable judgment. To avoid any doubt or confusion about whether the summary judgment order is a final, appealable judgment, the Court now will deny the Contempt Motion, without prejudice, so that no motions or claims will remain pending after the summary judgment

order is entered. Thereafter, the Plaintiff may file a new contempt motion, if he wishes, and the Court will treat it as a post-judgment motion.

Accordingly,

IT IS ORDERED that the Contempt Motion (Docket # 80) is denied, without prejudice.

**Signed on May 5, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**